UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OTIS MAYS,

                    Petitioner,                    25-cv-6904 (JGK)

        - against -                                ORDER

RIDDICK,

                    Respondent.

---

JOHN G. KOELTL, District Judge:

On August 18, 2025, the petitioner, Otis Mays, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. At the time his petition was filed, the petitioner was incarcerated at FCI Otisville in the Southern District of New York. Id. at 1. The petitioner has since been transferred to FCI Pekin in the Central District of Illinois, and the respondent requests that the petition be transferred to the Central District of Illinois, where the petitioner's current custodian is located. See ECF No. 13, at ¶ 3; ECF No. 19, at 15-17. The petitioner consents to that transfer. See ECF No. 23. Therefore, it is appropriate to transfer this case to the Central District of Illinois at the parties' request.

The Clerk is respectfully requested to transfer this case to the Central District of Illinois and to close the case on the docket of this Court.

SO ORDERED.
Dated:    New York, New York
          April 20, 2026

_____
John G. Koeltl
United States District Judge